935 F.2d 1285
 Crawford (Roger L., Sidika, Can John M.)
v.
Caperton (Gaston), Dolgen Corp., a/k/a Dollar General
Stores, Inc., Lane (Doris), First National Bank of Hinton,
Summers County Board of Education, State of West Virginia,
CSX Transportation, Inc., a/k/a CSX Rail Transport, CSX
Transport Group, Gunnoe (Richard), Summers County
Commission, Reed (Benjamin), U.S. Postal Services,
Aucremanne (Joseph), Mann (Perry), Jeffries (William),
Beasley (James), Brown (Reva, Frances,
 NO. 91-3045
 United States Court of Appeals,
Fourth Circuit.
 JUN 24, 1991
 
 1
 Appeal From: S.D.W.Va.
 
 
 2
 AFFIRMED.